# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD NETTLES,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0389-CG-B |
| | ) |
| **B. R. JETT, et al.,** | ) |
| | ) |
| Respondents. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that that this action be **DISMISSED** without prejudice.

**DONE and ORDERED** this 6th day of April, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE